UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PHILLIP SMITH,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020

No. 12 Cr. 133 (JFK)

## NOTICE AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Neil P. Kelly, and subject to the approval of the Court, Neil P. Kelly hereby withdraws as counsel for Defendant Phillip Smith and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Defendant will continue to be represented by Christopher Flood in this proceeding.

Dated:    September 4, 2020
            New York, New York

Respectfully submitted,

/s/ Neil P. Kelly
_____
Neil P. Kelly
FEDERAL DEFENDERS OF NEW YORK, INC.
52 Duane Street, 10th Floor
New York, NY 10007
Tel.: (212) 417-8700
Email: Neil_Kelly@fd.org

SO ORDERED:

_____
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE
September 10, 2020